# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO MEDINA VENEGAS<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, acting as Commissioner of Social Security,<br><br>Defendant. | **ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**<br><br>(Doc. 2)<br><br><br>CASE NUMBER: 1:19-cv-00079-GSA |

Having considered the application to proceed without prepayment of fees under 28 USC § 1915;

IT IS ORDERED that the application is:

[X]   GRANTED

    [X]   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

[ ]   DENIED, for the following reasons:

IT IS SO ORDERED.

   Dated:   **January 22, 2019**                    **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE